JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARY SALAZAR, | ) | Case No. CV 17-4370 FMO (KSx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| EQUIFAX INFORMATION SERVICES LLC, <u>et</u> <u>al.</u>, | ) | |
| Defendants. | ) | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice to Defendant Equifax Information Services, LLC (**Document No. 45**), the above-captioned case is **dismissed with prejudice**.

Dated this 14th day of August, 2018.

/s/
Fernando M. Olguin
United States District Judge